# EXHIBIT A

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
M. Bouise, Deputy
9/8/2020 11:12:59 AM
Filing ID 11978526

Person/Attorney Filing: Maggie Simoneaux
Mailing Address: 2731.5 East Coast Hwy.
City, State, Zip Code: Corona Del Mar, CA 92625
Phone Number: (949)432-3802
E-Mail Address: andrew@khtriallawyers.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 035916, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Mark Sottile
Plaintiff(s),
v.
Joseph Sottile, et al.
Defendant(s).

Case No. CV2020-010901

**SUMMONS**

To: Joseph Sottile

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *September 08, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *MICHELLE BOUISE*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
M. Bouise, Deputy
9/8/2020 11:12:59 AM
Filing ID 11978524

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

**Plaintiff's Attorney:**
Maggie Simoneaux
Bar Number: 035916, issuing State: AZ
Law Firm: Knypstra Hermes
2731.5 East Coast Hwy.
Corona Del Mar, CA 92625
Telephone Number: (949)432-3802
Email address: andrew@khtriallawyers.com

CV2020-010901

**Plaintiff:**
Mark Sottile

**Defendants:**
Joseph Sottile

BRP US, Inc.

Discovery Tier t3

Case Category: Other Civil Case Categories
Case Subcategory: other

AZturboCourt.gov Form Set #4934897

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
M. Bouise, Deputy
9/8/2020 11:12:59 AM
Filing ID 11978523

Maggie Simoneaux-Cuaso
maggie@khtriallawyers.com
Arizona State Bar No. 035916
Knypstra Hermes LLP
2731 ½ E Coast Hwy
Corona Del Mar, CA 92625
Tel: (949) 432-3802
Fax: (949) 432-3803

Attorneys for Plaintiff Mark Sottile

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

| | |
|---|---|
| MARK SOTTILE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SOTTILE, an individual; BRP US, INC., a Delaware Corporation; and JOHN and JANE DOES 1 through 10,<br><br>Defendants. | Case No.: **CV2020-010901**<br><br>**COMPLAINT**<br>(Tort – Motor Vehicle; Defective Product(s); Strict Liability; Negligence)<br><br>Tier 3<br><br>Trial by Jury Requested |

Plaintiff, by and through counsel undersigned, and for his Complaint against Defendants, alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff Mark Sotille is and was a resident of St. Paul, Minnesota at all relevant times.

2. Defendant Joseph Sottile is and was a resident of Maricopa County, Arizona at all relevant times.

3. Defendant BRP US, Inc. ("BRP") is a Delaware corporation with corporate headquarters located in Plano, Texas. BRP is authorized to conduct business in the State of Arizona, conducts business in Arizona, and derives significant revenue from its activities in Arizona. BRP can be served with process through its registered agent, CT Corporation System, 3800 N. Central Ave., Suite 460, Phoenix, Arizona 85012.

4. Defendants John and Jane Does 1-10 are persons and entities whose true identities are unknown to Plaintiff, who together with named Defendants contributed to causing Plaintiff's injuries and damages. Plaintiff will amend his Complaint when the true names of those defendants becomes known.

## GENERAL ALLEGATIONS

5. Plaintiff incorporates by reference all prior allegations contained in this Complaint.

6. On April 12, 2019, at approximately 11:35 a.m., Defendant Joseph Sottile, the driver of a Can-Am Maverick X3 side by side utility terrain vehicle, was traveling southeast on West Hastings Way just east of West Hidden Treasure Way in the City of Anthem, County of Maricopa, Arizona, when he negligently and carelessly failed to control the location and speed of his vehicle, causing it to roll onto the passenger side and end up on its roof.

## COUNT I

## NEGLIGENCE

7. Plaintiff incorporates by reference all prior allegations contained in this Complaint.

8. Defendant Joseph Sottile owed Plaintiff a duty of care to operate his vehicle in a safe, reasonable and attentive manner. Defendant breached his duty of care owed to Plaintiff when he failed to operate his vehicle in a safe, reasonable and attentive manner and when he failed to use due care to avoid causing a rollover accident. Defendant breached his duty of care owed to Plaintiff when he operated his vehicle in such a negligent manner so as to cause the accident, as described in this Complaint, in which Plaintiff was injured. Said accident and injuries were caused by the negligence of Defendant without any negligence or contribution on the part of the Plaintiff. As a direct and proximate result of Defendant's negligence, Plaintiff suffered a brain injury, facial fractures, spinal injuries, contusions, bruising, pain and suffering and other damages.

9. BRP owned Plaintiff a duty to use reasonable care in the design, testing, manufacture, inspection, assembly, installation, distribution, maintenance, and/or sale of the subject vehicle. Defendants were negligent in the design, testing, manufacture, inspection, assembly, installation, distribution, maintenance and/or sale of the subject vehicle. As a direct and proximate result of such

negligence and carelessness, the subject vehicle caused Plaintiff to suffer a brain injury, facial fractures, spinal injuries, contusions, bruising, pain and suffering and other damages.

## COUNT II

### Negligence Per Se

10. Plaintiff incorporates by reference all prior allegations contained in this Complaint.

11. At relevant times, Defendant Joseph Sottile, owed a duty to comply with applicable statutes, regulations, and rules related to the safe operation of a motor vehicle in the State of Arizona.

12. Defendant breached this duty when he failed to control the speed of his vehicle, as required by A.R.S. § 28-701(A).

13. Plaintiff was, at the time of the collision, within the class of persons whom the above-referenced statutes were meant to protect.

14. Defendant's failure to comply with the above referenced statute created the type of accident against which the law was designed to protect.

15. Defendant's failure to comply with the above-referenced statute was the direct and proximate cause of Plaintiff's injuries and damages and thus constitutes negligence per se.

## COUNT III

### Strict Liability – Product Liability

16. Plaintiff incorporates by reference all prior allegations contained in this Complaint.

17. The failed BRP vehicle roll bar was designed, manufactured, and sold by BRP. At the time of the subject accident, the subject BRP vehicle was equipped with an inadequate and substandard roll bar.

18. At the time the subject vehicle was sold, BRP was in the business of designing, manufacturing, marketing, and selling vehicles such as the subject vehicle.

19. At the time the subject vehicle left the possession of BRP, it was defective in design and manufacture, constituting an unreasonably dangerous product. The product was dangerous to an extent beyond that which would be contemplated by the ordinary user of the product with the ordinary knowledge common to the community as to the product's characteristics. The risks of danger in the design of the subject vehicle outweighed any benefits of the design. The defective and unreasonably

dangerous design and manufacture of the subject vehicle was a producing and proximate cause of the injuries to Plaintiff and his damages.

20. At the time the subject vehicle was sold, the product was in the same condition as it was when it left the manufacturer. At the time of the accident, the subject vehicle was in the same condition as it was when it left the manufacturer's possession. No substantial material alterations were made to the subject vehicle.

## DEMAND FOR JURY TRIAL

21. Plaintiff demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

22. WHEREOF, Plaintiff requests that the Court enter judgment against the defendants as follows:

1. For Plaintiff's general and special damages;
2. For Plaintiff's costs incurred in pursuing these claims;
3. For pre and post-judgment interest to the extent provided by law;
4. For such further relief as the Court deems just and fair.

Dated on this 3rd day of September, 2020 by:

Knypstra Hermes LLP

*/s/ M. Simoneaux-Cuaso*
Maggie Simoneaux-Cuaso,
Attorney for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
M. Bouise, Deputy
9/8/2020 11:12:59 AM
Filing ID 11978525

Person/Attorney Filing: Maggie Simoneaux
Mailing Address: 2731.5 East Coast Hwy.
City, State, Zip Code: Corona Del Mar, CA 92625
Phone Number: (949)432-3802
E-Mail Address: andrew@khtriallawyers.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 035916, Issuing State: AZ

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF MARICOPA

Mark Sottile
Plaintiff(s),
v.
Joseph Sottile, et al.
Defendant(s).

Case No.   CV2020-010901

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Maggie Simoneaux /s/
Plaintiff/Attorney for Plaintiff

# EXHIBIT B



| | |
|---|---|
| | **Service of Process Transmittal**<br>10/12/2020<br>CT Log Number 538384859 |
| **TO:** | Martin Langelier<br>BRP US Inc.<br>726 St-Joseph St.<br>Valcourt, QC J0E 2L0 |
| **RE:** | **Process Served in Arizona** |
| **FOR:** | BRP US INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARK SOTTILE, ETC., PLTF. vs. JOSEPH SOTTILE, ETC., ET AL., DFTS. // TO: BRP US, INC., ETC.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | . |
| **COURT/AGENCY:** | None Specified<br>Case # CV2020010901 |
| **NATURE OF ACTION:** | Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/12/2020 at 15:01 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/12/2020, Expected Purge Date: 10/17/2020 |
| | Image SOP |
| | Email Notification,  Martin Langelier  martin.langelier@brp.com |
| | Email Notification,  Julie Morel  julie.morel@brp.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1209 N Orange St<br>Wilmington, DE 19801-1120 |
| **For Questions:** | 866-401-8252<br>EastTeam2@wolterskluwer.com |

Page 1 of  1 / KN

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.